IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY G. DOCKERY,<br><br>On behalf of himself and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>STEPHEN E. HERETICK; et al.,<br><br>*Defendants,*<br><br>and<br><br>NEW YORK LIFE INSURANCE COMPANY; et al.,<br><br>*Nominal Defendants.* | Civil Action No. 2:17-4114 (MMB) |

**MOTION OF DEFENDANTS J.G. WENTWORTH, S.S.C., LIMITED PARTNERSHIP AND 321 HENDERSON RECEIVABLES ORIGINATION LLC TO DISMISS PLAINTIFFS' COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants J.G. Wentworth, S.S.C., Limited Partnership, incorrectly identified in the Complaint as J.G. Wentworth Originations LLC ("Wentworth"), and 321 Henderson Receivables Origination LLC, incorrectly identified in the Complaint as 321 Henderson Receivables LLC ("Henderson"), hereby move the Court for an Order dismissing Plaintiffs' Complaint with prejudice. The grounds for this motion are set forth in Wentworth and Henderson's Memorandum of Law, which is filed contemporaneously herewith.

DATED: December 15, 2017					Respectfully submitted,


							<u>/s/ *A. Christopher Young*</u>
							A. Christopher Young
							Charles S. Marion
							Joseph C. Crawford
							PEPPER HAMILTON LLP
							3000 Two Logan Square
							Eighteenth & Arch Streets
							Philadelphia, PA  19103-2799
							(215-981-4000)
							marionc@pepperlaw.com

							*Attorneys for Defendants J.G. Wentworth, S.S.C., Limited Partnership and 321 Henderson Receivables Origination LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY G. DOCKERY,<br><br>On behalf of himself and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>STEPHEN E. HERETICK; et al.,<br><br>*Defendants*,<br><br>and<br><br>NEW YORK LIFE INSURANCE COMPANY; et al.,<br><br>*Nominal Defendants*. | Civil Action No. 2:17-4114 (MMB) |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Dismiss was filed electronically where it is available for viewing and download or was served by first-class mail to the following recipients on December 15, 2017 as indicated below:

| | |
|---|---|
| Jerome M. Marcus, Esquire<br>Jonathan Auerbach, Esquire<br>MARCUS & AUERBACH LLC<br>1121 N. Bethlehem Pike<br>Suite 60-242<br>Spring House, PA 19477<br>***Counsel for Plaintiffs***<br><br>(via ECF) | Jeffrey B. McCarron, Esquire<br>SWARTZ CAMPBELL & DETWEILER<br>Two Liberty Place – 28th Floor<br>50 South 16th Street<br>Philadelphia, PA 19102<br>***Counsel for***<br>***Stephen E. Heretick, Esquire***<br><br>(via ECF) |
| Structured Settlement Investments, L.P.<br>4269 State Road<br>Drexel Hill, PA 19026<br><br><br><br>(via First Class Mail) | Samuel W. Cortes, Esquire<br>Melissa E. Scott, Esquire<br>FOX ROTHSCHILD LLP<br>747 Constitution Drive – Suite 100<br>Exton, PA 19341-0673<br>***Counsel for Seneca One Finance, Inc.***<br><br>(via ECF) |
| Stephen R. Harris, Esquire<br>Susan J. Strauss, Esquire<br>DRINKER, BIDDLE & REATH LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br>***Counsel for Metropolitan Life Insurance Company and New York Life Insurance Company***<br><br>(via ECF) | Mark R. Kehoe, Esquire<br>Yvette N. Bradley, Esquire<br>MCELROY DEUTSCH MULVANEY & CARPENTER, LLP<br>One Penn Center<br>1617 John F. Kennedy Blvd.<br>Suite 1500<br>Philadelphia, PA 19103<br>***Counsel for Symmetra Life Insurance Co.***<br><br>(via ECF) |

                                          /s/ *A. Christopher Young*
                                        A. Christopher Young

Dated:  December 15, 2017