IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY G. DOCKERY,<br>    on behalf of himself and all others<br>    similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>STEPHEN E. HERETICK, et al.,<br><br>                    Defendants,<br><br>          and<br><br>NEW YORK LIFE INSURANCE CO., et al.,<br><br>                    Nominal Defendants. | Civil Action No. 17-cv-4114 |

**RENEWED MOTION OF DEFENDANT, SENECA ONE FINANCE, INC., TO DISMISS PLAINTIFFS' COMPLAINT OR, IN THE ALTERNATIVE, TO <u>TRANSFER ACTION TO THE EASTERN DISTRICT OF VIRGINIA</u>**

Pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(3), and 12(b)(6), Defendant, Seneca One Finance, Inc. ("Seneca"), hereby moves this Honorable Court for an Order dismissing Plaintiffs' Complaint, with prejudice, based on the legal arguments and authorities set forth in the accompanying Brief filed contemporaneously herewith. More specifically, Seneca seeks an Order dismissing Plaintiffs' Complaint, with prejudice, as to Seneca because (1) the Court lacks subject matter jurisdiction over Plaintiffs' claims for relief, (2) Plaintiffs fail to state a claim upon which relief may be granted, and (3) venue in this Court is improper.

In the unlikely event that the Court does not dismiss Plaintiffs' Complaint, Seneca seeks an Order, under 28 U.S.C. § 1404(a), transferring this action, at Plaintiffs' expense, to the United

States District Court for the Eastern District of Virginia "for the convenience of parties and witnesses" and "in the interest of justice."

Respectfully submitted,

**FOX ROTHSCHILD LLP**

Dated:  April 26, 2018            By: */s/ Melissa E. Scott*
                                                  Samuel W. Cortes, Esquire, PA I.D. No. 91494
                                                  Melissa E. Scott, Esquire, PA I.D. No. 93420
                                                  747 Constitution Drive, Suite 100
                                                  P.O. Box 673
                                                  Exton, PA  19341-0673
                                                  Telephone: (610) 458-7500
                                                  Facsimile: (610) 458-7337
                                                  scortes@foxrothschild.com
                                                  mscott@foxrothschild.com

                                                  *Counsel for Defendant,*
                                                  *Seneca One Finance, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY G. DOCKERY,<br>  on behalf of himself and all others<br>  similarly situated,<br><br>            Plaintiffs,<br><br>      v.<br><br>STEPHEN E. HERETICK, et al.,<br><br>            Defendants,<br><br>      and<br><br>NEW YORK LIFE INSURANCE CO., et al.,<br><br>            Nominal Defendants. | Civil Action No. 17-cv-4114 |

**CERTIFICATE OF SERVICE**

      I, Melissa E. Scott, Esquire, hereby certify that, on April 26, 2018, I caused true and correct copies of the Renewed Motion of Defendant, Seneca One Finance, Inc., to Dismiss Plaintiffs' Complaint or, in the Alternative, Transfer Action to the Eastern District of Virginia, and the Proposed Orders thereto to be served on the following persons via United States First-Class Mail:

| **Jerome M. Marcus, Esquire**<br>**Jonathan Auerbach, Esquire**<br>Marcus & Auerbach LLC<br>1121 N. Bethlehem Pike<br>Suite 60-242<br>Spring House, PA 19477<br><br>*Counsel for Plaintiffs* | **Jeffrey B. McCarron, Esquire**<br>Swartz Campbell & Detweiler<br>Two Liberty Place, 28th Floor<br>50 South 16th Street<br>Philadelphia, PA 19102<br><br>*Counsel for Defendant,*<br>*Stephen E. Heretick, Esquire* |
|---|---|

| | |
|---|---|
| **Joseph C. Crawford, Esquire**<br>**A. Christopher Young, Esquire**<br>**Samuel D. Harrison, Esquire**<br>Pepper Hamilton LLP<br>3000 Two Logan Square<br>18th & Arch Streets<br>Philadelphia, PA 19103<br><br>*Counsel for Purchaser Defendants,*<br>*321 Henderson Receivables LLC and J.G.*<br>*Wentworth Originations LLC* | **Structured Settlement Investments, L.P.**<br>4629 State Road<br>Drexel Hill, PA 19026<br><br>*Purchaser Defendant* |
| **Stephen B. Harris, Esquire**<br>**Susan J. Stauss, Esquire**<br>Drinker Biddle & Reath LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br><br>*Counsel for Nominal Defendants,*<br>*Metropolitan Life Insurance Company and*<br>*New York Life Insurance Company* | **Mark R. Kehoe, Esquire**<br>**Yvette N. Bradley, Esquire**<br>McElroy Deutsch Mulvaney & Carpenter, LLP<br>One Penn Center<br>1617 John F. Kennedy Blvd, Suite 1500<br>Philadelphia, PA 19103<br><br>*Counsel for Nominal Defendant, Symetra Life*<br>*Insurance Company* |

Dated: April 26, 2018

*/s/ Melissa E. Scott*
Samuel W. Cortes, Esquire, I.D. No. 91494
Melissa E. Scott, Esquire, I.D. No. 93420
Fox Rothschild LLP
747 Constitution Drive, Suite 100
Exton, PA 19341
Telephone: (610) 458-7500
Facsimile: (610) 458-7337
mscott@foxrothschild.com

*Counsel for Defendant,*
*Seneca One Finance, Inc.*