**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LARRY G. DOCKERY,<br><br>    On behalf of himself and<br>    all others similarly situated,<br><br>              *Plaintiffs*,<br><br>    v.<br><br>STEPHEN E. HERETICK; et al.,<br><br>              *Defendants*,<br><br>    and<br><br>NEW YORK LIFE INSURANCE COMPANY;<br>et al.,<br><br>              *Nominal Defendants.* | Civil Action No. 2:17-4114 (MMB) |

**MOTION OF DEFENDANTS J.G. WENTWORTH S.S.C. LIMITED
PARTNERSHIP AND 321 HENDERSON RECEIVABLES ORIGINATIONS LLC
<u>TO DISMISS PLAINTIFF'S CLASS ACTION COMPLAINT</u>**

          Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants

J.G. Wentworth S.S.C. Limited Partnership  ("Wentworth") incorrectly identified in the

Complaint as J.G. Wentworth Originations LLC, and 321 Henderson Receivables Originations

LLC ("Henderson"), incorrectly identified in the Complaint as 321 Henderson Receivables LLC,

hereby move the Court for an Order dismissing Plaintiff's Complaint with prejudice.  The

grounds for this motion are set forth in Wentworth and Henderson's Memorandum of Law,

which is filed contemporaneously herewith.

DATED: April 27, 2018                   Respectfully submitted,


                                        */s/ A. Christopher Young*
                                        A. Christopher Young, PA I.D. No. 55742
                                        Joseph C. Crawford, PA I.D. No. 30844
                                        Samuel D. Harrison, PA I.D. No. 324276
                                        PEPPER HAMILTON LLP
                                        3000 Two Logan Square
                                        Eighteenth & Arch Streets
                                        Philadelphia, PA  19103-2799
                                        (215-981-4000)
                                        youngac@pepperlaw.com

                                        *Attorneys for Defendants J.G. Wentworth*
                                        *S.S.C. Limited Partnership and 321 Henderson*
                                        *Receivables Originations LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

LARRY G. DOCKERY,

      On behalf of himself and
      all others similarly situated,

          *Plaintiffs*,

    v.

STEPHEN E. HERETICK; et al.,

          *Defendants,*

    *and*

NEW YORK LIFE INSURANCE COMPANY;
et al.,

          *Nominal Defendants.*

Civil Action No. 2:17-4114 (MMB)

## <u>CERTIFICATE OF SERVICE</u>

        I hereby certify that a true and correct copy of the foregoing Motion to Dismiss was filed electronically where it is available for viewing and download or was served by first-class mail to the following recipients on April 27, 2018 as indicated below:

| | |
|---|---|
| Jerome M. Marcus, Esquire<br>Jonathan Auerbach, Esquire<br>MARCUS & AUERBACH LLC<br>1121 N. Bethlehem Pike<br>Suite 60-242<br>Spring House, PA 19477<br>***Counsel for Plaintiffs***<br><br>(via ECF) | Jeffrey B. McCarron, Esquire<br>SWARTZ CAMPBELL & DETWEILER<br>Two Liberty Place – 28th Floor<br>50 South 16th Street<br>Philadelphia, PA 19102<br>***Counsel for***<br>***Stephen E. Heretick, Esquire***<br><br>(via ECF) |
| Structured Settlement Investments, L.P.<br>4269 State Road<br>Drexel Hill, PA 19026<br><br><br><br>(via First Class Mail) | Samuel W. Cortes, Esquire<br>Melissa E. Scott, Esquire<br>FOX ROTHSCHILD LLP<br>747 Constitution Drive – Suite 100<br>Exton, PA 19341-0673<br>***Counsel for Seneca One Finance, Inc.***<br><br>(via ECF) |
| Stephen R. Harris, Esquire<br>Susan J. Strauss, Esquire<br>DRINKER, BIDDLE & REATH LLP<br>One Logan Square<br>18th & Cherry Streets<br>Philadelphia, PA 19103-6996<br>***Counsel for Metropolitan Life Insurance Company and New York Life Insurance Company***<br><br>(via ECF) | Mark R. Kehoe, Esquire<br>Yvette N. Bradley, Esquire<br>MCELROY DEUTSCH MULVANEY & CARPENTER, LLP<br>One Penn Center<br>1617 John F. Kennedy Blvd.<br>Suite 1500<br>Philadelphia, PA 19103<br>***Counsel for Symmetra Life Insurance Co.***<br><br>(via ECF) |

Dated:  April 27, 2018

*/s/ A. Christopher Young*
A. Christopher Young, PA I.D. No. 55742