# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LARRY G. DOCKERY, on behalf of himself and all others similarly situated,**<br><br>**Plaintiffs**<br><br>v.<br><br>**STEPHEN E. HERETICK, et al.,**<br><br>**Defendants**<br><br>And<br><br>**NEW YORK LIFE INSURANCE COMPANY, et al.,**<br><br>**Nominal Defendants** | **CIVIL ACTION**<br><br>**NO. 17-4114** |

## SCHEDULING ORDER

**AND NOW**, this 22nd day of August, 2018, following an extensive hearing this date, it is **ORDERED** that the Court will hold under advisement all pending motions. It is **FURTHER ORDERED** that Plaintiff will advise the Court by letter to Chambers no later than September 7, 2018 whether Plaintiff intends to file an Amended Complaint. If so, the Amended Complaint shall be filed no later than September 21, 2018 and any Rule 12 motions in response to the Amended Complaint shall be filed with supporting memorandum by October 5, 2018, with a responsive brief as of October 19, 2018 and a reply brief by October 26, 2018.

If Plaintiff decides not to file an Amended Complaint, the Court will proceed to decide the pending motions.

**BY THE COURT:**

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, U.S.D.J.**