# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LARRY G DOCKERY,

    On behalf of himself and
all others similarly situated,

    *Plaintiffs,*

v

STEPHEN E. HERETICK, et al.,

    *Defendants,*

*and*

NEW YORK LIFE INSURANCE COMPANY, et al.,

    *Nominal Defendants.*

Civil Action No. 2:17-4114 (MMB)

**FILED**
SEP 14 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk

## ORDER

And now, upon consideration of Plaintiff's Motion For Extension Of The Date For Filing Of His Amended Complaint, and any opposition thereto, it is hereby ORDERED that Plaintiff shall file his Amended Complaint by Monday, October 22, 2018. *No further extensions*

_____
Hon. Michael M. Baylson
Senior United States District Judge