IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY G. DOCKERY,<br><br>    On behalf of himself and<br>    all others similarly situated,<br><br>    *Plaintiffs*,<br><br>v.<br><br>STEPHEN E. HERETICK; et al.,<br><br>    *Defendants,*<br><br>    and<br><br>NEW YORK LIFE INSURANCE COMPANY; et al.,<br><br>    *Nominal Defendants.* | Civil Action No. 2:17-4114 (MMB) |

**MOTION OF DEFENDANTS J.G. WENTWORTH S.S.C. LIMITED
PARTNERSHIP AND 321 HENDERSON RECEIVABLES ORIGINATIONS LLC
<u>TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT</u>**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants J.G. Wentworth S.S.C. Limited Partnership ("Wentworth") incorrectly identified in the Amended Complaint as J.G. Wentworth Originations LLC, and 321 Henderson Receivables Originations LLC ("Henderson"), incorrectly identified in the Amended Complaint as 321 Henderson Receivables LLC, move the Court for an Order dismissing Plaintiff's Amended Complaint with prejudice.  The grounds for this motion are set forth in  detail in the accompanying Memorandum of Law and in Wentworth and Henderson's previously filed Memorandum of Law in Support of their Motion to Dismiss, Apr. 27, 2018 [ECF No. 40-1].

DATED: November 20, 2018          Respectfully submitted,

         <u>*/s/ Joseph C. Crawford*</u>
         Joseph C. Crawford, PA I.D. No. 30844
         A. Christopher Young, PA I.D. No. 55742
         Samuel D. Harrison, PA I.D. No. 324276
         PEPPER HAMILTON LLP
         3000 Two Logan Square
         Eighteenth & Arch Streets
         Philadelphia, PA  19103-2799
         (215-981-4000)
         crawfordjc@pepperlaw.com
         youngac@pepperlaw.com
         harrisons@pepperlaw.com

         *Attorneys for Defendants J.G. Wentworth*
         *S.S.C. Limited Partnership and 321 Henderson*
         *Receivables Originations LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY G. DOCKERY,<br><br>　　On behalf of himself and<br>　　all others similarly situated,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>STEPHEN E. HERETICK; et al.,<br><br>　　　　*Defendants*,<br><br>　and<br><br>NEW YORK LIFE INSURANCE COMPANY;<br>et al.,<br><br>　　　　*Nominal Defendants*. | Civil Action No. 2:17-4114 (MMB) |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Dismiss was filed electronically where it is available for viewing and download or was served by first-class mail to the following recipients on November 20, 2018 as indicated below:

| | |
|---|---|
| Jerome M. Marcus<br>Jonathan Auerbach<br>MARCUS & AUERBACH LLC<br>1121 N. Bethlehem Pike<br>Suite 60-242<br>Spring House, PA 19477<br><br>David S. Pegno<br>Lee Larson Hulsebus<br>Thomas E.L. Dewey<br>DEWEY PEGNO & KRAMARSKY LLP<br>777 Third Ave<br>New York, NY 10017<br>***Counsel for Plaintiffs***<br><br>(via ECF) | Jeffrey B. McCarron<br>SWARTZ CAMPBELL & DETWEILER<br>Two Liberty Place – 28th Floor<br>50 South 16th Street<br>Philadelphia, PA 19102<br>***Counsel for***<br>***Stephen E. Heretick, Esquire***<br><br><br><br><br><br><br><br>(via ECF) |
| Structured Settlement Investments, L.P.<br>4269 State Road<br>Drexel Hill, PA 19026<br><br><br><br><br>(via First-Class Mail) | Samuel W. Cortes<br>Melissa E. Scott<br>FOX ROTHSCHILD LLP<br>747 Constitution Drive – Suite 100<br>Exton, PA 19341-0673<br>***Counsel for Seneca One Finance, Inc.***<br><br>(via ECF) |
| Stephen R. Harris<br>Susan J. Strauss<br>COZEN O'CONNOR<br>One Liberty Place<br>1650 Market St., Suite 2800<br>Philadelphia, PA 19103<br>***Counsel for Metropolitan Life Insurance Company and New York Life Insurance Company***<br><br>(via ECF) | Mark R. Kehoe<br>Yvette N. Bradley<br>MCELROY DEUTSCH MULVANEY & CARPENTER, LLP<br>One Penn Center<br>1617 John F. Kennedy Blvd.<br>Suite 1500<br>Philadelphia, PA 19103<br>***Counsel for Symmetra Life Insurance Co.***<br><br>(via ECF) |

Dated:  November 20, 2018        */s/ Joseph C. Crawford*
                                                     Joseph C. Crawford, PA I.D. No. 30844