IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY G. DOCKERY,<br><br>　　On behalf of himself and<br>　　all others similarly situated,<br><br>　　　　　*Plaintiffs*,<br><br>　　v.<br><br>STEPHEN E. HERETICK, et al.,<br><br>　　　　　*Defendants,*<br><br>　　and<br><br>NEW YORK LIFE INSURANCE COMPANY, et al.,<br><br>　　　　　*Nominal Defendants.* | Civil Action No. 2:17-4114 (MMB) |

**MOTION OF DEFENDANTS J.G. WENTWORTH S.S.C. LIMITED
PARTNERSHIP AND 321 HENDERSON RECEIVABLES ORIGINATIONS LLC
TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants J.G. Wentworth S.S.C. Limited Partnership, incorrectly identified as J.G. Wentworth Originations LLC, and 321 Henderson Receivables Originations LLC, incorrectly identified as 321 Henderson Receivables LLC, move the Court for an Order dismissing the Second Amended Complaint with prejudice. The grounds for this motion are set forth in the accompanying Memorandum of Law, as well as in Wentworth's briefs in support of its Motion to Dismiss the Amended Complaint, [ECF Nos. 78-1, 86], and Wentworth's March 5, 2019 letter to the Court, [ECF No. 95].

-2-

DATED: March 19, 2019                           Respectfully submitted,


                                                */s/ Joseph C. Crawford*
                                                Joseph C. Crawford, PA I.D. No. 30844
                                                A. Christopher Young, PA I.D. No. 55742
                                                Samuel D. Harrison, PA I.D. No. 324276
                                                PEPPER HAMILTON LLP
                                                3000 Two Logan Square
                                                Eighteenth & Arch Streets
                                                Philadelphia, PA  19103-2799
                                                215.981.4000
                                                crawfordjc@pepperlaw.com
                                                youngac@pepperlaw.com
                                                harrisons@pepperlaw.com

                                                *Attorneys for Defendants J.G. Wentworth*
                                                *S.S.C. Limited Partnership and 321 Henderson*
                                                *Receivables Originations LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY G. DOCKERY,<br><br>　　On behalf of himself and<br>　　all others similarly situated,<br><br>　　　　*Plaintiffs*,<br><br>　　v.<br><br>STEPHEN E. HERETICK; et al.,<br><br>　　　　*Defendants*,<br><br>　　and<br><br>NEW YORK LIFE INSURANCE COMPANY; et al.,<br><br>　　　　*Nominal Defendants*. | Civil Action No. 2:17-4114 (MMB) |

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Dismiss was filed electronically where it is available for viewing and download or was served by first-class mail to the following recipients on March 19, 2019 as indicated below:

| | |
|---|---|
| Jerome M. Marcus<br>Jonathan Auerbach<br>MARCUS & AUERBACH LLC<br>1121 N. Bethlehem Pike<br>Suite 60-242<br>Spring House, PA 19477<br><br>David S. Pegno<br>Lee Larson Hulsebus<br>Thomas E.L. Dewey<br>DEWEY PEGNO & KRAMARSKY LLP<br>777 Third Ave<br>New York, NY 10017<br>***Counsel for Plaintiffs***<br><br>(via ECF) | Jeffrey B. McCarron<br>SWARTZ CAMPBELL & DETWEILER<br>Two Liberty Place – 28th Floor<br>50 South 16th Street<br>Philadelphia, PA 19102<br>***Counsel for***<br>***Stephen E. Heretick, Esquire***<br><br><br><br><br><br><br>(via ECF) |
| Structured Settlement Investments, L.P.<br>4269 State Road<br>Drexel Hill, PA 19026<br><br><br><br><br>(via First-Class Mail) | Samuel W. Cortes<br>Melissa E. Scott<br>FOX ROTHSCHILD LLP<br>747 Constitution Drive – Suite 100<br>Exton, PA 19341-0673<br>***Counsel for Seneca One Finance, Inc.***<br><br>(via ECF) |
| Stephen R. Harris<br>Susan J. Strauss<br>COZEN O'CONNOR<br>One Liberty Place<br>1650 Market St., Suite 2800<br>Philadelphia, PA 19103<br>***Counsel for Metropolitan Life Insurance Company and New York Life Insurance Company***<br><br><br>(via ECF) | Mark R. Kehoe<br>Yvette N. Bradley<br>MCELROY DEUTSCH MULVANEY & CARPENTER, LLP<br>One Penn Center<br>1617 John F. Kennedy Blvd.<br>Suite 1500<br>Philadelphia, PA 19103<br>***Counsel for Symmetra Life Insurance Co.***<br><br>(via ECF) |

Dated:  March 19, 2019          */s/ Joseph C. Crawford*
                                                        Joseph C. Crawford, PA I.D. No. 30844