# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LARRY G. DOCKERY**, on behalf of himself and all others similarly situated,<br><br>**Plaintiffs**<br><br>v.<br><br>**STEPHEN E. HERETICK, et al.**,<br><br>**Defendants**<br><br>And<br><br>**NEW YORK LIFE INSURANCE COMPANY, et al.**,<br><br>**Nominal Defendants** | **CIVIL ACTION**<br><br>**NO. 17-4114** |

## ORDER RE: MOTION TO CERTIFY FOR INTERLOCUTORY APPEAL

**AND NOW**, this 1st day of August, 2019, the Motion of Seneca One Finance, Inc. to certify Order for Interlocutory Appeal and Stay this action (ECF 114) is **DENIED**.

                              **BY THE COURT:**

                              **/s/ Michael M. Baylson**

                              **MICHAEL M. BAYLSON, U.S.D.J.**