IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LARRY G. DOCKERY, : <br> : <br> On behalf of himself and : <br> All others similarly situated, : <br> : <br> Plaintiffs, : <br> v. : <br> : <br> STEPHEN E. HERETICK, et al., : <br> : <br> Defendants, : <br> : <br> and : <br> : <br> NEW YORK LIFE INSURANCE COMPANY, et al.: <br> : <br> Nominal Defendants. : <br> : | Civil Action No. 2:17-cv-4114 (MMB) |

**PLAINTIFF'S MOTION
FOR ENTRY OF DEFAULT JUDGMENT AGAINST
DEFENDANT SENECA ONE FINANCE, INC.,
TO COMPEL DISCOVERY AND
FOR SANCTIONS**

Plaintiff hereby moves this Court for Entry of a Default Judgment against Defendants Seneca One Finance, Inc. ("Seneca"), to Compel Discovery from Seneca One Finance, Inc., and for Sanctions.

The grounds for this Motion are set forth in the Memorandum submitted herewith.

DATED:	January 27, 2020

/s/ Jerome M. Marcus
Jerome M. Marcus, Esquire
Jonathan Auerbach, Esquire
MARCUS & AUERBACH LLC
1121 N. Bethlehem Pike, Suite 60-242
Spring House, PA 19477
Telephone: (215) 884-2250
Facsimile: (888) 875-0469
jmarcus@marcusauerbach.com
auerbach@marcusauerbach.com
Counsel for Plaintiff

OF COUNSEL:
Thomas E.L. Dewey
David S. Pegno
L. Lars Hulsebus
Dewey Pegno & Kramarsky LLP
777 Third Avenue
New York, New York 10017
Telephone: (212) 943-9000
Facsimile: (212) 943-4325
tdewey@dpklaw.com
dpegno@dpklaw.com
lhulsebus@dpklaw.com