IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Dockery** | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | No. 17-4114 |
| **Heretick, et al.** | : | |
| | : | |

# O R D E R

**AND NOW**, this 1st day of September, 2021, upon consideration of Plaintiff's Amended Motion for Class Certification (ECF No. 246), Defendants 321 Henderson Receivables LLC and J.G. Wentworth Originations LLC's Response in Opposition (ECF Nos. 260-263), Defendant Stephen Heretick's Response in Opposition (ECF No. 264), Plaintiff's Reply (ECF No. 274), Oral Argument held on March 23, 2021 (ECF Nos. 277, 280), the Parties' Supplemental Responses (ECF Nos. 278, 279), Plaintiff's Memorandum in Support (ECF No. 289), and Defendants' Response (ECF No. 290), it is hereby **ORDERED** that Plaintiff's Amended Motion for Class Certification is **DENIED.**

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**