IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Dockery** | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | No. 17-4114 |
| **Heretick, et al.** | : | |
| | : | |

**O R D E R**

**AND NOW**, this 1st day of September, 2021, upon consideration of Defendants 321 Henderson Receivables LLC and J.G. Wentworth Originations LLC's Motion for Summary Judgment (ECF No. 291, 297), Plaintiff's Response in Opposition (ECF No. 300, 301), and Defendants' Reply (ECF No. 303), and upon consideration of Defendant Stephen Heretick's Motion for Summary Judgment (ECF No. 292, 293), Plaintiff's Response in Opposition (ECF No. 300, 301), and Defendant's Reply (ECF No. 304), it is hereby **ORDERED** as follows:

1. Defendants 321 Henderson Receivables LLC and J.G. Wentworth Originations LLC's Motion for Summary Judgment (ECF No. 291) is **GRANTED.**

2. Defendant Stephen Heretick's Motion for Summary Judgment (ECF No. 292) is **GRANTED.**

3. The Clerk is directed to close the case.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**